July 13, 2012

Mr. Russell S. Post
Beck Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010
Ms. Wanda McKee Fowler
Wright & Close LLP
Three Riverway, Suite 600
Houston, TX 77056

RE: Case Number: 11-0541
 Court of Appeals Number: 04-10-00041-CV
 Trial Court Number: 2005-37892

Style: DYNEGY INC.
 v.
 TERRY W. YATES, INDIVIDUALLY AND TERRY W. YATES, P.C.

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced case. (Justice Guzman not sitting)
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Keith E. |
| |Hottle |
| |Mr. Chris |
| |Daniel |